UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUNEY, DAWNDI RANAE | ) | CASE NO.: 09-15422 |
| | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| | ) | |
| Debtor. | ) | |

<u>**NOTICE PURSUANT TO F.R.B.P. 3010**</u>

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

      Claim #1    Northern Indiana Public Service Company    $3.90
                             Attn: Revenue Assurance & Recovery
                             801 E. 86th Avenue
                             Merrillville, IN  46410

Total Check Amount = $3.90

                                           Respectfully submitted,

                                           <u>/s/ Dustin M. Roach</u>
                                           Dustin M. Roach, Chapter 7 Trustee
                                           436 East Wayne Street
                                           Fort Wayne, Indiana   46802
                                           Telephone: 260-424-8132
                                           dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on the 19th day of October 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                           <u>/s/ Dustin M. Roach</u>
                                           Dustin M. Roach, Trustee